THOMAS T. THOMPSON, Appellant, v. BINGAMAN MOTOR EXPRESS COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ.

TOMPKINS BUS CORPORATION, Appellant, v. DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK and BOARD OF HEALTH OF THE CITY OF NEW YORK, Respondents.— Order denying plaintiff's motion for injunction pendente lite affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Hagarty, Carswell and Tompkins, JJ., concur.

CHRISTOPHER P. TUSKA, Respondent, v. FELIX S. KRANZ and Others, Defendants, Impleaded with FORDHAM CREDIT CORPORATION, Appellant.— Order of the County Court of Nassau county, as resettled, denying motion of defendant Fordham Credit Corporation to open its default and vacate judgment entered against it affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

MINNIE VAN DER WIELE and JOHN VAN DER WIELE, Respondents, v. ALFRED B. VAN BAALEN, Appellant.— Order denying defendant's motion for change of venue from Orange county to New York county reversed upon the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. As plaintiffs are non-residents, the proper county in which the action should have been brought was New York county, where the defendant resides, and the defendant was, therefore, entitled to have the place of trial changed to that county. (Pond v. Cadwell [No. 1], 206 App. Div. 623; Culver v. Union National Bank, 212 id. 766.) Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

JOSEPH VITOLA, Respondent, v. MOE BERNSTEIN, Defendant, and LOUIS KWART, Appellant.— Order directing examination of defendant Kwart before trial affirmed, with ten dollars costs and disbursements; examination to proceed on five days' notice at the place and hour stated in the order. No opinion. Lazansky, P. J., Rich, Young, Hagarty and Carswell, JJ., concur.

ASSOCIATED SCREEN NEWS, INC., Respondent, v. WILLIAM K. HEDWIG, Appellant, and Others, Defendants.— Application for leave to appeal granted.

LOUIS FISHMAN, Respondent, v. HARRY KIRSCH, Appellant, and BANK OF MANHATTAN TRUST COMPANY, Defendant.— Motion for stay denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

MELANIE BENCOE, Respondent, v. LOUIS H. HAYM and Others, Defendants, and LOUIS MAXWELL COHEN, Individually and as a Voting Trustee of Plaintiff, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Scudder, JJ.